EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Rafael Polanco Díaz | 2021 TSPR 10<br><br>205 DPR _____ |
|---|---|

Número del Caso:  TS-10,510

Fecha:  28 de enero de 2021

Abogada de la parte peticionaria:

      Por Derecho Propio

Programa de Educación Jurídica Continua:

    Lcda. María Cecilia Molinelli González

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael Polanco Díaz

TS-10,510

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de enero de 2021.

Examinada la *Moción informativa sobre cumplimiento,* presentada por el Sr. Rafael Polanco Díaz, se ordena la readmisión de éste al ejercicio de la abogacía.

Se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretaria del Tribunal Supremo